557 A.2d 1060

**SCRANTON SCHOOL DISTRICT, Appellant,**

v.

**Carol WEISS.**

Supreme Court of Pennsylvania.

Argued April 10, 1989.

Decided April 18, 1989.

Edwin A. Abrahamsen, Mark C. Walsh, Scranton, for appellant.

A. Martin Herring, Philadelphia, for appellee.

### ORDER

PER CURIAM:

Order affirmed.